IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS


UNITED STATES OF AMERICA

v.                              No. 4:07CR00241 GTE

REINHARD SCHUMANN

FINAL ORDER OF FORFEITURE

WHEREAS, on July 20, 2009, this Court entered a Preliminary Order of Forfeiture,

ordering defendant to forfeit his interest in the following:

**Deutsche Waffen and Munitions Fabriken, model 08, .765 caliber, pistol, SN 9879**

**Deutsche Waffen and Munitions Fabriken, model 08, .765  caliber, pistol, SN 1046**

**Mitchell Arms, model American Eagle, 9mm, pistol, SN 3572**

**Walther, model P-38, 9mm, pistol, SN 7080**

**Smith and Wesson, model 66-3, .357 caliber, revolver, SN BBJ8357**

**Smith and Wesson, model 66-2, .357 caliber, revolver, SN AYM4735**

**Smith and Wesson, model 29-4, .44 caliber, revolver, SN BDA0192**

**Israel Weapons Industry (IMI), model Desert Eagle, caliber  41/44, pistol, SN 80356**

**Colt, model series 70; Gold Cup, .45 caliber, pistol,  SN 28209N70**

**Beretta, model 92F, 9mm, pistol, SN BER045456Z**

**Israel Weapons Industry (IMI), model pistol, .45 caliber, pistol, SN UP50810**

**Ruger, model 10-22, .22 LR caliber, machine gun, SN 11930075  (registered in NFA)**

**Browning, model Buckmark, .22 caliber, pistol, SN 124750P9**

**Ruger, model 10-22, .22 LR caliber, machine gun, with silencer in barrel, SN11878413, (registered in NFA)**

Ruger, model 10-22, .22 LR caliber, rifle, SN 24076052
Norinco, model SKS, .762 x 39 caliber, rifle, SN 1738146

Colt, model sporter H-bar, .223 caliber, rifle, SN CH010790

Colt, model AR-15 A-2, .223 caliber, rifle, SN SP316188

Mossberg, model 500, 12 gauge, shotgun, SN K975859

Essential Arms, Model J-15, .223 caliber, machine gun,
  SN 7179, with auto sear SN 020JCB (registered in NFA)

Polytechnologies, model M14s, .308 caliber, rifle, SN 22503

Ceska Zbrojovka (CZ), model 27, .765 caliber, pistol, SN 39889

North American Arms, model 22 long rifle, .22 LR caliber, revolver, SN V47923

Davis Industries, model D-22, .22 LR, derringer, SN 227320

Norinco, Model 22 ADT, .22 LR, rifle, SN 331090

Israel Weapons Industry (IMI), model carbine, 9mm, rifle,  SN SA27226

Ruger, model 10-22, .22 LR, rifle SN 23157978

Ruger, model 10-22, .22 LR, rifle, SN 23122050

Norinco, model MAK90 Sporter, 7.62 caliber, SN 9428488

Remington, model 7400, 30 x 06 caliber, rifle, SN 8336909

Norinco, model AK74, 5.56 x 45 caliber, rifle,  SN 84S3AQ004648

Savage, model single gun, 16 gauge, shotgun, SN 107B

Franchi, model 12, 12 gauge, shotgun, SN A98677

Ruger, model 10-22, .22 LR caliber, rifle, SN 24451393 (barrel and receiver only)

Beretta, .22 cal pistol, model 950, SN BER65355T

Smith and Wesson, model 19-5, .357 caliber revolver,  SN ABK2789

Sten, model mk-v, 9mm machine gun, SN J2087

**Sten, model mk-v, 9mm machine gun, SN J2052**

**Silencer, .22 caliber, SN 113047RS (registered in NFA)**

**Silencer, Norrell Arms, 9mm, SN 112889 (registered in NFA)**

WHEREAS, the United States caused to be published on the forfeiture website, internet address of www.forfeiture.gov for thirty consecutive days beginning on July 22, 2009, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C. § 924(d) and Title 18 U.S.C. § 2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

**Deutsche Waffen and Munitions Fabriken, model 08, .765  caliber, pistol, SN 9879**

**Deutsche Waffen and Munitions Fabriken, model 08, .765 caliber, pistol, SN 1046**

**Mitchell Arms, model American Eagle, 9mm, pistol, SN 3572**

**Walther, model P-38, 9mm, pistol, SN 7080**

**Smith and Wesson, model 66-3, .357 caliber, revolver,  SN BBJ8357**

**Smith and Wesson, model 66-2, .357 caliber, revolver,  SN AYM4735**

**Smith and Wesson, model 29-4, .44 caliber, revolver,  SN BDA0192**

**Israel Weapons Industry (IMI), model Desert Eagle, caliber  41/44, pistol, SN 80356**

**Colt, model series 70; Gold Cup, .45 caliber, pistol, SN 28209N70**

**Beretta, model 92F, 9mm, pistol, SN BER045456Z**

**Israel Weapons Industry (IMI), model pistol, .45 caliber,  pistol, SN UP50810**

**Ruger, model 10-22, .22 LR caliber, machine gun, SN 11930075 (registered in NFA)**

**Browning, model Buckmark, .22 caliber, pistol, SN 124750P9**

**Ruger, model 10-22, .22 LR caliber, machine gun, with silencer in barrel, SN11878413, (registered in NFA)**

**Ruger, model 10-22, .22 LR caliber, rifle, SN 24076052**

**Norinco, model SKS, .762 x 39 caliber, rifle, SN 1738146**

**Colt, model sporter H-bar, .223 caliber, rifle, SN CH010790**

**Colt, model AR-15 A-2, .223 caliber, rifle, SN SP316188**

**Mossberg, model 500, 12 gauge, shotgun, SN K975859**

**Essential Arms, Model J-15, .223 caliber, machine gun, SN 7179, with auto sear SN 020JCB (registered in NFA)**

**Polytechnologies, model M14s, .308 caliber, rifle, SN 22503**

**Ceska Zbrojovka (CZ), model 27, .765 caliber, pistol,   SN 39889**

**North American Arms, model 22 long rifle, .22 LR caliber,     revolver, SN V47923**

**Davis Industries, model D-22, .22 LR, derringer, SN 227320**

**Norinco, Model 22 ADT, .22 LR, rifle, SN 331090**

**Israel Weapons Industry (IMI), model carbine, 9mm, rifle, SN SA27226**

**Ruger, model 10-22, .22 LR, rifle SN 23157978**

**Ruger, model 10-22, .22 LR, rifle, SN 23122050**

**Norinco, model MAK90 Sporter, 7.62 caliber, SN 9428488**

**Remington, model 7400, 30 x 06 caliber, rifle, SN 8336909**

**Norinco, model AK74, 5.56 x 45 caliber, rifle,  SN 84S3AQ004648**

**Savage, model single gun, 16 gauge, shotgun, SN 107B**

**Franchi, model 12, 12 gauge, shotgun, SN A98677**

**Ruger, model 10-22, .22 LR caliber, rifle, SN 24451393  (barrel and receiver only)**

**Beretta, .22 cal pistol, model 950, SN BER65355T**

**Smith and Wesson, model 19-5, .357 caliber revolver,
 SN ABK2789**

**Sten, model mk-v, 9mm machine gun, SN J2087**

**Sten, model mk-v, 9mm machine gun, SN J2052**

**Silencer, .22 caliber, SN 113047RS (registered in NFA)**

**Silencer, Norrell Arms, 9mm, SN 112889 (registered in NFA)**

are hereby forfeited to the United States of America pursuant to Title 21 U.S.C. § 853(p) and

Title 18, U.S.C. § 924(d) and Title 18 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED  that all right, title, and

interest in all of the  property set forth above is hereby condemned, forfeited and vested in the

United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction

in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 29th day of September, 2009.


  /s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE